McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772                                      **OK/HAV**

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-282 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v. ) | TIME UNDER SPEEDY TRIAL ACT |
| ) | |
| MANUEL COBIAN RODRIGUEZ, ) | Date: November 2, 2006 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. David F. Levi |
| _____ ) | |

Whereas, the Court previously set November 2, 2006, as a status conference hearing date in this case; and

Whereas, counsel for defendant Manuel Cobian Rodriguez desires additional time to review the discovery produced by the United States, consult with his client regarding the discovery, and to conduct his legal research and defense investigation,

It is hereby stipulated by and between the United States and Rodriguez, through their respective counsel, that:

1.   The November 2, 2006, status hearing shall be vacated and reset for November 30, 2006, at 10:00 a.m.;

2.   Time from the date of this stipulation to and including November 30, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the

1

Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated: October 31, 2006        McGREGOR W. SCOTT
                               United States Attorney

                           By: /s/ Samuel Wong
                               SAMUEL WONG
                               Assistant United States Attorney


Dated: October 31, 2006        /s/ Jesse Garcia
                               JESSE GARCIA
                               Attorney for defendant
                               Manuel Cobian Rodriguez

## ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: November 2, 2006
                               /s/ David F. Levi
                               DAVID F. LEVI
                               United States District Judge