```
McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100                    OK/HAV
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-06-282 DFL |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v. ) | TIME UNDER SPEEDY TRIAL ACT |
| ) | |
| MANUEL COBIAN RODRIGUEZ, ) | Date: January 18, 2007 |
| ) | Time: 10:00 a.m. |
| Defendant. ) | Court: Hon. David F. Levi |
| _____) | |

Whereas, the Court previously set January 18, 2007, as a status conference hearing date in this case; and

Whereas, counsel for defendant Manuel Cobian Rodriguez desires additional time to review the discovery produced by the United States, consult with his client regarding the discovery, and to conduct his legal research and defense investigation,

It is hereby stipulated by and between the United States and Rodriguez, through their respective counsel, that:

1. The January 18, 2007, status hearing shall be vacated and reset for February 15, 2007, at 10:00 a.m.;

2. Time from the date of this stipulation to and including February 15, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the

1

1  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local
2  Code T4) (preparation by defense counsel).

3  Dated:  January 17, 2007         McGREGOR W. SCOTT
                                    United States Attorney
4
                                    /s/ Samuel Wong
5                           By:     _____
                                    SAMUEL WONG
6                                   Assistant United States Attorney

7
                                    /s/ Jesse Garcia
8  Dated:  January 17, 2007         _____
                                    JESSE GARCIA
9                                   Attorney for defendant
                                    Manuel Cobian Rodriguez
10                                  (per authorization from Phil
                                    Schnayerson)
11

12                  _____

13                                 ORDER

14

15     Based on the stipulation of the parties and good cause
16 appearing therefrom, the Court hereby finds that the failure to
17 grant a continuance in this case would deny defense counsel
18 reasonable time necessary for effective preparation, taking into
19 account the exercise of due diligence.  The Court specifically
20 finds that the ends of justice served by the granting of such
21 continuance outweigh the interests of the public and the
22 defendant in a speedy trial.
23     Based on these findings and pursuant to the stipulation of
24 the parties, the Court hereby adopts the stipulation of the
25 parties in its entirety as its order.
26     IT IS SO ORDERED.
27 Dated:  January 18, 2007          /s/ David F. Levi
                                    DAVID F. LEVI
28                                  United States District Judge