1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,

11           Plaintiff,                          Cr. No. S-06-282 DLJ

12      vs.

13   MANUEL COBIAN RODRIGUEZ,

14           Defendant.                          ORDER

15   _____/

16           This matter was on calendar on June 26, 2007, for a hearing on cross motions for

17   discovery.  Samuel Wong, Assistant United States Attorney, appeared for the government; Jessie

18   J. Garcia of Garcia, Schnayerson & Mockus appeared for defendant Manuel Rodriguez, who was

19   present in custody.

20   I.  Defendant's Motion For Discovery

21       A.  Written Or Recorded Statements Of Defendant, Fed. R.Cr.P. 16(a)(1)(A) & (B)

22           Mr. Garcia acknowledged that he has received a videotape of plaintiff's

23   interrogation at the Vallejo Police Department and several police reports identifying officers

24   involved in the traffic stop, arrest and questioning of the defendant.  He seeks the names of two

25

1

1   homicide detectives who, defendant avers, questioned him before the narcotics officers did, and

2   who ceased questioning when defendant invoked his right to have questioning terminated.[1]

3           Mr. Wong explained he had talked to the chief homicide detective in the Vallejo

4   Police Department, but will talk to Officer Rodriguez concerning the two separate interrogations

5   and the identity of the homicide detectives.  He will provide any information he obtains to Mr.

6   Garcia.

7           B.  Defendant's Rap Sheet, Fed. R. Cr, P. 16(a)(1)(D)

8           The government provided this to the defense on the day of hearing.

9           C.  Warrants And Supporting Affidavits

10          Mr. Garcia acknowledged that he has all of these documents.

11          D.  Investigative Reports And Rough Notes

12          Mr. Garcia agreed that Mr. Wong has provided investigative reports apart from

13  reports, if any exist, from the homicide detectives.  Mr. Wong will ask again for rough notes and

14  will release any exculpatory material in the notes.

15          E.  Things Secured From Defendant To Be Used At Trial, Fed.R.Cr.P. 16(a)(1)(E)(ii),(iii)

16          The government has offered to make any such material available for inspection; the

17  defense agrees it has received information on such material.

18          F.  Things Material To The Defense To Be Used At Trial, Fed.R.Cr.P. 16(a)(1)(E)(i)

19          Once again, the government agreed to make such material available for inspection.

20  /////

21  /////

22  /////

23

24      [1]   These allegations were made in an unsigned declaration filed at 1:45 p.m., before the 2:00
    p.m. hearing, and then amended in a declaration filed in open court.

25

2

G. Results Of Examinations And Tests, Fed.R.Cr.P. 16(a)(1)(F)

Mr. Garcia has received the results of a number of tests, but wants the results of any test showing the amount of methamphetamine in the substance seized from a jacket.  Mr. Wong said no such test was conducted and that he has provided the results of all the tests conducted to Mr. Garcia.  The latter reserved the right to seek release of the substance found in the jacket for testing.

H. Names And Addresses Of Government Witnesses

The defense has the names of the officers involved in the arrest and investigation.

I. Names Of Witnesses The Government Does Not Intend To Call

Mr. Wong will provide information about any such witness with exculpatory information.

J. Witness Statements

The defense has received narrative reports from the officers involved.

K & L. Reports On Criminal Charges Against and Rap Sheets Of Government Witnesses

The government is calling only police officers and criminalists as witnesses.

M. Reports From Government Surveillance

According to Mr. Wong, there was no electronic surveillance.

N. Exculpatory Information

Mr. Wong is not aware of any such information, but understands his duty to provide any such material if any comes within his control.

O. Jencks Act Material

The government will provide this material two days before trial.

1    II.  Government's Motion For Discovery

2             The defense has not opposed this motion.  It must make documents and objects it

3    intends to use at trial and which are in its control available for copying and examination, Fed. R.

4    Cr. P. 16 (b)(1)(A); provide reports of any examinations and tests, Fed. R. Cr. P. 16(b)(1)(B); and

5    provide written summaries of any expert testimony, Fed. R. Cr. P. 16(b)(1)(C).

6             The compliance date for both parties is July 24, 2007.

7             IT IS SO ORDERED.

8    DATED:  June 28, 2007.

9

10                                          _____

11                                          U.S. MAGISTRATE JUDGE

12

13

14   2/rodr.dsc

15

16

17

18

19

20

21

22

23

24

25