McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 06-282 DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER RE: |
| ) | TESTING OF DRUG EXHIBITS, |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | DATE, AND EXCLUDING TIME UNDER |
| MANUEL COBIAN RODRIGUEZ, ) | THE SPEEDY TRIAL ACT |
| ) | |
| Defendant. ) | Court: Hon. D. Lowell Jensen |
| _____) | |

It is hereby stipulated and agreed by and between plaintiff United States of America and defendant Manuel Cobian Rodriguez, through their respective counsel, that:

1.  In accordance with F.R.Crim.P 16(a)(1)(E) and (F), the United States shall allow the defense to independently inspect and weigh Contra Costa County Forensic Services Division, laboratory evidence drug exhibits 1-1 (net weight 27.71 grams), 2-1 (net weight 3.72 grams), and 3-1 (net weight 104.46 grams)(collectively referred to as "drug exhibits") in this case, and allow the defense to analyze a representative sample, as further described below, from each of the drug exhibits.

2.  A Drug Enforcement Administration (DEA) Special Agent

1

or Task Force Officer shall deliver the drug exhibits identified above to Drug Detection Laboratories, Inc., at 9700 Business Drive, Suite 407, Sacramento, California 95827, telephone (916) 366-3113 (referred to herein as "defense expert") for quantitative and qualitative methamphetamine analysis, including testing for the presence of controlled substance and excipients, with the percentage and description of each alleged controlled substance to be determined, and the results made available to both parties.

    3.   Upon delivery of the exhibits identified above to the defense expert, that a DEA Special Agent or Task Force Officer shall be present when the defense expert inspects, weighs, and removes a representative sample of the exhibits identified above for analysis.  The representative sample shall be in the amount of not more than 10 milligrams each from drug exhibits 1-1 and 2-1, and not more than 100 milligrams from drug exhibit 3-1.  The weight of each representative sample taken shall be documented and signed by the defense expert and provided to the DEA Special Agent or Task Force Officer in attendance.  Upon the completion of the sample removal and weighing, the defense expert shall, forthwith, return the remaining above-listed exhibits to the DEA Agent and Task Force Officer in attendance.

    4.   The defense expert shall conduct the qualitative analyses and identification stipulated and ordered herein, and shall provide to the United States within ten days of the delivery of the drug exhibits to the defense expert an Unsworn Declaration Under Penalty of Perjury, under 28 U.S.C. Section 1746, executed by the individual who conducted the analyses, or

the head of the facility where the analyses occurred, which states the quantity of each exhibit consumed during testing, and either the weight of each exhibit returned to the United States, or a statement that all sample was consumed during testing.

5. In accordance with F.R.Crim. P. 16(b)(1)(B), the defendant shall provide the United States with a copy of the results or report of the physical examinations, and scientific tests or experiments which resulted from the analyses conducted under this Stipulation and Order.

6. The defense expert is to safeguard the drug exhibits and representative samples received, preserving the chain of custody in a manner to faithfully protect the integrity of each exhibit received.

7. The presently scheduled September 18, 2007, status conference shall be continued to October 16, 2007, at 9:00 a.m.

8. Time from the date of this stipulation to and including October 16, 2007, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated:  September 11, 2007        McGREGOR W. SCOTT
                                  United States Attorney

                                        /s/ Samuel Wong
                             By:  _____
                                  SAMUEL WONG
                                  Assistant United States Attorney


                                  /s/ Jesse Garcia
Dated:  September 11, 2007        _____
                                  JESSE GARCIA
                                  Attorney for defendant
                                  Manuel Cobian Rodriguez

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  September 11, 2007

D. LOWELL JENSEN
United States District Judge