JESSE J. GARCIA (CSBN # 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California 94544
(510) 887-7445

Attorney for Defendant
MANUEL COBIAN RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>MANUEL COBIAN RODRIGUEZ<br><br>        Defendant. | CASE NO. S-06-282 DLJ<br><br>**STIPULATION AND ORDER TO CONTINUE MOTION HEARING DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT**<br><br>DATE:   January 29, 2008<br>TIME:   11:00 a.m.<br>JUDGE:  Hon. D. Lowell Jensen |

Defendant MANUEL COBIAN RODRIGUEZ, by and through his counsel, Jesse J. Garcia, and plaintiff United States of America, by and through its counsel, Samuel Wong, Assistant United States Attorney, hereby agree to the following:

1. The December 21, 2007, deadline for the filing of defense motions shall be extended to February 5, 2008 due to defendant's counsel's busy trial calendar. Simply, defense counsel has been unable to prepare and file pretrial motions on behalf of defendant within the time period previously allotted due to his trial responsibilities and workload on other cases. The United States' responses to defendant's motions shall be due by March 11, 2008. Defense replies, if any, are due by March 18, 2008.

2. The January 29, 2008, motions hearing shall be vacated and reset for March 25, 2008,

1  at 11:00 a.m. in Courtroom 7.

2      3.  Time from the date of this stipulation, January 22, 2008, to and including March 25, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv) and Local Code T4 (defense preparation and continuity of counsel).

    IT IS SO STIPULATED.

DATED:     January 22, 2008

Respectfully submitted,

  /s/ Jesse J. Garcia
JESSE J. GARCIA
Attorney for Defendant
Manuel Cobian Rodriguez

McGREGOR W. SCOTT
United States Attorney

DATED:     January 22, 2008

  /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

STIPULATION AND (PROPOSED) ORDER TO CONTINUE MOTION FILING DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT S-06-282 DLJ
    2

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated:  January 24, 2008

HON. D. LOWELL JENSEN
United States District Judge