```
JESSE J. GARCIA (CSBN # 41825)
GARCIA, SCHNAYERSON & THOMPSON
ATTORNEYS AT LAW
225 West Winton
Suite 208
Hayward, California  94544
(510) 887-7445

Attorney for Defendant
MANUEL COBIAN RODRIGUEZ
```

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> MANUEL COBIAN RODRIGUEZ <br><br> Defendant. | CASE NO. S-06-282 DLJ <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING DATE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT** <br><br> DATE: February 26, 2008 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. D. Lowell Jensen |

Defendant MANUEL COBIAN RODRIGUEZ, by and through his counsel, Jesse J. Garcia, and plaintiff United States of America, by and through its counsel, Samuel Wong, Assistant United States Attorney, hereby agree to the following:

1. The February 26, 2008, status hearing shall be vacated and reset for March 11, 2008, at 9:00 a.m. in Courtroom 7 due to defendant's counsel's busy trial calendar, trial responsibilities, and workload on other cases. Specifically, the proposed date of March 11, 2008, is the first date available to defense counsel to attend a court hearing at which time it is anticipated that defendant RODRIGUEZ will change his plea pursuant to a written plea agreement reached between the parties. Counsel has utilized a significant portion of the time from late January 2008 to the present time advising and explaining (through the use of a court

1  certified Spanish/English language interpreter) to the defendant the terms and conditions; the
2  ramifications of the written plea agreement to defendant's understanding; and the defenses and
3  rights that defendant will be waiving if he accepts the written plea agreement.
4      2. Time from the date of this stipulation, February 26, 2008, to and including March 11,
5  2008, shall be excluded from computation of time within which the trial of this case must be
6  commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h) (8) (B) (iv)  and Local
7  Code T4 (defense preparation and continuity of defense counsel).
8      IT IS SO STIPULATED.
9  DATED:        February 25, 2008

                      Respectfully submitted,

                      /s/ Jesse J. Garcia
                      JESSE J. GARCIA
                      Attorney for Defendant
                      Manuel Cobian Rodriguez

                      McGREGOR W. SCOTT
                      United States Attorney

DATED:        February 25, 2008

                      /s/ Samuel Wong
                      SAMUEL WONG
                      Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and deny defendant continuity of counsel.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: 02/26/2008

/s/ D. Lowell Jensen
HON. D. LOWELL JENSEN
United States District Judge